Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17−27925−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Annette A. Navarro
   134 Griggs Ave
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−3773

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/5/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 5, 2018
JAN: jf

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Annette A. Navarro
    Debtor

Case No. 17-27925-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Feb 05, 2018
                           Form ID: 148     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.
```
db              +Annette A. Navarro,   134 Griggs Ave,   Teaneck, NJ 07666-4131
517046935        Department of Education,   PO BOX 740283,   Atlanta, GA 30374-0283
517280861       +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619094,   Dallas, TX 75261-9094
517046937       +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
517046939        US Department of Ed,   National Payment Center,   PO Box 105028,   Atlanta, GA 30348-5028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 05 2018 23:27:23      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 05 2018 23:27:20      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517046934       +EDI: BANKAMER.COM Feb 05 2018 23:04:00      Bk Of Amer,   9000 Southside Blvd Bldg,
                 Jacksonville, FL 32256-6705
517046936       +E-mail/Text: electronicbkydocs@nelnet.net Feb 05 2018 23:27:26      Dept Of Education/Neln,
                 121 S 13th St,   Lincoln, NE 68508-1904
517046938        EDI: TFSR.COM Feb 05 2018 23:03:00      Toyota Motor Credit,   4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054
                                                                                               TOTAL: 5
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:
```
              Alexandra T. Garcia    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJECFMAIL@mwc-law.com
              Georgette   Miller    on behalf of Debtor Annette A. Navarro info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;r50524@notify.best
               case.com;gregmont@gbmlaw.net;karenl@georgettemillerlaw.com
              Marie-Ann    Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               nj-ecfmail@mwc-law.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```