UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**McCABE, WEISBERG & CONWAY, LLC**
**By: Alexandra T. Garcia, Esq. (Atty.**
**I.D.#ATG4688)**
**216 Haddon Avenue, Suite 201**
**Westmont, NJ 08108**
**856-858-7080**
Attorneys for Movant: Nationstar Mortgage LLC
d/b/a Mr. Cooper

**Order Filed on February 8, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN re:


Annette A. Navarro
          Debtor/Respondent


Danny W. Navarro
          Co-Debtor/Respondent

Case No.: 17-27925-VFP
Chapter: 13
Judge: Vincent F. Papalia

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**


**DATED: February 8, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**

Debtor:  Annette A. Navarro

Co-Debtor: Danny W. Navarro

Case No: 17-27925-VFP

Caption of Order:  ORDER VACATING STAY

Upon the motion of **Nationstar Mortgage LLC d/b/a Mr. Cooper**, or its successors or assignees, under Bankruptcy Code section 362(a) and 1301 for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒      Real property more fully described as:

134 Griggs Avenue, Teaneck, New Jersey 07666

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property

☐      Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.